Report Date: November 1, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 01, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christobal Miguel Rios          Case Number: 0980 2:13CR02059-SAB-1

Address of Offender:                    , Othello, Washington 99344

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: October 1, 2013

| | |
|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 60 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (June 13, 2017) | Prison - 3 months; TSR - 33 months | | |
| Asst. U.S. Attorney: | Laurel Holland | Date Supervision Commenced: | August 30, 2017 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | May 29, 2020 |

## PETITIONING THE COURT

**To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/24/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis and sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On October 30, 2017, Christobal Rios failed to report to Grant County PARC for urine drug testing as required. |
| 7 | **Special Condition # 20**: You will be monitored by the form of location monitoring technology indicated below for a period of three months, and you must follow the rules and regulations of the location monitoring program. The specifics of the location monitoring technology are at the direction of the probation officer. |

**Supporting Evidence**: On October 27, 2017, Christobal Rios traveled to an unauthorized location. Mr. Rios was authorized to leave his residence at 6:30 a.m. for employment. He left his residence at 6:25 a.m. and traveled approximately 9 miles from his home to a restaurant without requesting or receiving permission from the probation office. He returned home at 7:16 a.m.

On October 28, 2017, Christobal Rios traveled to an unauthorized location. Mr. Rios was authorized to leave his residence at 6:30 a.m. for employment. He left his residence at 7:01 a.m. and traveled approximately 9 miles from his home to a restaurant without requesting or receiving permission from the probation office. He arrived at his work location at 7:32 a.m.

On October 31, 2017, Christobal Rios left his residence without permission. Mr. Rios left his residence at 9:07 p.m. and traveled to Royal City, Washington, to a convenience store and Subway restaurant. He returned to his residence at 10 p.m. The offender claimed that he had to pick up his step-sister who was stranded; however, Mr. Rios did not seek or receive permission to leave his residence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/1/2017

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/1/2017
Date