Report Date: November 2, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 02, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christobal Miguel Rios      Case Number: 0980 2:13CR02059-001

Address of Offender:      Othello, Washington 99344

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: October 1, 2013

Original Offense:     Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 60 months; TSR - 36 months     Type of Supervision: Supervised Release

Revocation Sentence:
(June 13, 2017)     Prison - 3 months: TSR - 33 months

Asst. U.S. Attorney:     Laurel Holland     Date Supervision Commenced: August 30, 2017

Defense Attorney:     Alex B. Hernandez, III     Date Supervision Expires: May 29, 2020

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/24/2017 and 11/01/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition # 3**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On November 1, 2017, Christobal Rios tested presumptively positive for the use of marijuana at the U.S. Probation Office in Richland, WA. Mr. Rios admitted to the probation officer to using marijuana on or about October 26, 2017. The sample has been sent to the laboratory for confirmation testing. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/02/2017

Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[xx] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[xx] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/2/2017
Date